United States Courts
Southern District of Texas
FILED
JUN 11 2021
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

for the Southern

District of Texas

Houston Division Civil

Ephesian Johnny Franklin

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Beyonce Giselle Knowles

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ____________
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ephesian Johnny Franklin |
| Street Address | 211 N Woodson |
| City and County | Willis, Texas 77378 |
| State and Zip Code | |
| Telephone Number | (346)-441-7947 |
| E-mail Address | milli7ephesus@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Beyonce Giselle Knowles |
| Job or Title *(if known)* | Pop Singer |
| Street Address | 2204 Crawford St |
| City and County | Houston, Texas 77002 / Atlanta, Georgia |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |

Ephesian Franklin
211 N Woodson, Willis, Texas 77378
milli7ephesus@gmail.com
April 19, 2021

Music Civil Lawsuit

Ephesian Johnny Franklin

Vs

Beyonce Giselle Knowles

This is Mr Ephesian Franklin the guy who did the Slab Parade in Houston, Texas with Paul Wall and Slim Thug. Beyonce Knowles filmed her video 'no angel' at the Slab Parade 2014. Unknowingly, I had no idea my grandmother's house 1109 Wilson was put at the start of Beyonce Knowles music video "no angel." Several videos were being filmed. Paul Wall mentioned it was Beyonce Knowles filming, but it wasn't brought to my awareness that she would use my resources that much the way she used them. My driveway, my neighborhood, my family members, and friends for her video i wasn't aware because I was promoting my Slab Parade. Which still doesn't give her the right to use people without consent.

Beyonce Knowles music video has been deadly, bold, and costly too much. I was put on several of her video links without my consent. I don't know Beyonce Knowles. Eight murders have occurred to people from her music video "no angel" and I have all of the evidence. Beyonce Knowles shows her obsession in the "no angel" video. She lays on the couch and shows a firm veneration for Mr Ephesian Franklin. Putting me on all of her music video links. Posting right next to my posts on Instagram numerous times. I screenshot how desperate she is after me. She put a chart with a Valentines date on it with her music video with my car on it.




Here recently, at this same house it had to be remodeled because of damages. My grandmother's house Mr. Ephesian Franklin moved in by himself 1109 Wilson June 2020 10 months ago. Beyonce Knowles haunts the house with desperate obsession with Mr Ephesian Franklin. Using an immaterial demon format Sasha Fierce she calls herself. You can clearly see her standing in my house with her format Sasha Fierce. The house at the start of her music video 'no angel." She possesses the girl Shameka and made her do bizarre actions in the house. I can't even go into details about it because it was so nasty. All my girlfriends wouldn't respond to me all this time. Only Shameka because Beyonce Knowles so desperate after me. She wants the one that resembles her the most.. You can clearly see Beyonce Knowles resemblance in the girl Shameka. My documented pictures had Shameka with a different regular look of herself before she entered the house. Beyonce Knowles entered Shameka as soon as she came in the house.




Beyoncé - No Angel (Video)

18,992,145 views · 6 years ago






Parade





## What is Beyoncé's net worth?

Beyoncé's estimated net worth in 2021 is between $420 million and $500 million.



Beyoncé - No Angel (Video)

18,956,081 views · 6 years ago

**Beyonce's** Drummer Quits & **Files** Restraining Order Over "Extreme Witchcraft" In today's weird but true news, ***Beyoncé's*** *ex-drummer* **Kimberly Thompson** has **filed** a restraining order **against** the singer over allegations of "extreme witchcraft" and even the death of her baby kitten on tour. Feb 15, 2021

Her own drummer Kimberly Thompson filed the same complaint of intense enchantment. Beyonce Knowles' desperate obsession even has Parade on top of this image with her net worth taunting my Slab Parade she put in her music video "no angel " with a crazed obsession.






**No Angel**

Song by Beyoncé

Overview | Lyrics | Listen | People also sear

Baby put your arms around me
Tell me I'm the problem
No, I'm not the girl you thought you
Knew and thought you wanted
Underneath that pretty face is somethin' complicated
I come with a side a trouble
But I know that's why you're stayin'

Because you're no angel either, baby
Cause you're no angel either, baby

You're not an angel either
But at least I'm trying
I know I drive you crazy
But would you rather that I be a machine
Who doesn't notice when you're late or when you're lyin'
I love you even more than who I thought you were
before

In the lyrics to the song she states she comes with a side of trouble and she

knows she drives you crazy. I don't know her or had no idea about how she operates. She basically handed herself over to someone who has no interest in her. Beyonce Knowles' antics are caught in her music video. Mr Ephesian Franklin is hit in the back as he reaches inside of his vehicle. Paul Wall grabs the side of his head from being struck. The guy by the trunk area frowns up with a strong facial disarray, from receiving a infliction.



Beyoncé - No Angel (Video)
18,956,081 views · 6 years ago



Beyoncé - No Angel (Video)
18,956,081 views · 6 years ago

While pulling up to the music video set Mr Ephesian Franklin was aimed at and had to jump out of his car. More importantly, why are these bizarre encounters put in Beyonce Knowles music video with Mr Ephesian Franklin??? He's jumping back out of his car. Then he's reaching in his car while his back is turned with a bizarre showcasing in a worldwide music video with almost 19 million views. That's only deception and defamation.




**Beyoncé - No Angel (Video)**

18,875,818 views · 6 years ago

## Pound Cake/Paris Morton Music 2

**Jay-Z, Drake** Buy



**Jay-Z** ★ FAVORITE (4 fans)

Shawn Corey Carter (born December 4, 1969), better known by his stage name Jay-Z, is an American rapper, record producer, entrepreneur, and occasional actor. He is one of the most financially successful hip hop artists and entrepreneurs in America. In 2012, Forbes estimated Carter's net worth at nearly $500 million. He has sold approximately 50 million albums worldwide, while receiving

Pound Cake / Paris Morton Music 2 by Drake (Ft. JAY-Z) GENI

Uh, last night was mad trill

I'm fresh out of Advil—Jesus, grab the wheel

Now the horrible part of this is Beyonce Knowles music video "no angel" has 8 bizarre beloved people fatalities. The music video comes on with his grandmother's house, Mrs. Ola MaeKennedy who's passing was after the music video.




These TWO BOYS ARE BOTH DEAD ,shot, SHOWN HERE,, before the bizarre showcasing of Mr
Ephesian Franklin leaning in his car with the bizarre sequence with his back turned with rapper Paul Wall and the guy standing at the trunk area.






Mr Ephesian Franklin close pal Kenneth Wade seen in her video holding the blanket was slammed into by a diesel and killed. I was slammed into by a diesel and was almost killed too, but made a split second adjustment grabbing the driver to weave from going under the diesel on the freeway.

Stemming from my grandmother's house my mother Gladys House has ownership of the house with me. She's on channel 2 explaining my cousin's Damien House wife and three kids fatal accident. Damien House is in the music video and the guy who ranned into his wife and 3 kids from the back with the same sequence of Kenneth Wade. The guy who hit Damien's wife and 3 kids made their car blow up has Kenneth Wade significance. Kenneth Wade had a bold head with a beard appearance, and had that same gray truck just like the guy who killed Damien's family.

LOCAL NEWS

**Family remembers mother, 3 children killed in suspected drunk driver crash**

Deven Clarke, Reporter
Ninfa Saavedra, Digital Content Specialist

Published: March 16, 2021 6:59 pm

Tags: Deadly Crash, Drunk Driver






HOUSTON – Daniel Canada has been sitting in the Harris County Jail since about noon Monday, accused of killing a mother and three children.

The victim's family say the allegations are hard for them as they try to cope with their loses.

"It didn't set in right away. You got to try and get your mind on that," said Gladys House-El, the grand-aunt of the three young boys.



Beyoncé - No Angel (Video)
18,955,885 views · 6 years ago

9

Mr. Ephesian Franklin wants that music video taken down. It has other fatal incidents. He's suing for $277,000,002 for his Assets: Slab Parade with the City of Houston, Home, Grandmother's House damaged, Clothes, Video Footage, 4 vehicles, 3 Ebook Royalties, 6 beloved family members, vehicles and house damages to numerous friends and family, 11 people dead, defamation, and every other violation. He wants that video taken down or all of his people and resources out of Beyonce Knowles music video "no angel." Results with that music video are still going on at my grandmother's house with my mother Gladys House El at it.

Sincerely,

Ephesian Franklin

Street Address ______________________

City and County ______________________

State and Zip Code ______________________

Telephone Number ______________________

E-mail Address *(if known)* ______________________

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights, Defamation, Murder, Pain and Suffering

______________________

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy $400,000,000

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

______________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My Slab Parade I signed for with the city of Houston with music artists Paul Slayton aka Paul Wall, and Staryve Thomas aka Slim Thug. Pop singer Beyonce Knowles filmed a music video in my house at 1116 Wilson St. She used my neighborhood, my kitchen, my driveway, my grandmother's house 1109 Wilson, and my Slab Parade. She used my resources without my consent and destroyed all my resources. She put derogatory scenes of me in her music video. I lost all my belongings immediately and I'm still getting stalked by Beyonce Knowles right now. Attached evidence of all the details.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the court to do an emergency speedy trial. I have lost family members damages. My Slab Parade was taken with rappers Paul Wall and Slim Thug. My video footage was taken. Beyonce Knowles cameramen rode in my car with me. Ebook royalties missing. Women damages. Attached files explains the damages.

---

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 8, 2021

Signature of Plaintiff: Ephesian Franklin

Printed Name of Plaintiff: Ephesian Johnny Franklin

### B. For Attorneys

Date of signing: ____________________

Signature of Attorney ____________________

Printed Name of Attorney ____________________

Bar Number ____________________

Name of Law Firm ____________________

Street Address ____________________

State and Zip Code ____________________

Telephone Number ____________________

E-mail Address ______________________________



Ephesian Franklin
211 N Woodson
Willis, Texas 77378

Court Clerk Office
515 Rusk St
Houston, Tx 77002

